## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

In re:

    SAMUEL F. PASCHKA,

        and

    ADRIANA PASCHKA,

              Debtors.

Case No. 11 B 45976
Chapter 13
Judge Jack B. Schmetterer
Trustee: Tom Vaughn

---

    SAMUEL F. PASCHKA,

        and

    ADRIANA PASCHKA,

              Plaintiffs,

    v.

    GREEN TREE SERVICING, LLC,

              Defendant.

ADV. NO. 12 AP 00353

## FINDINGS OF FACT

**A. The Parties**

1. The Plaintiffs are SAMUEL F. PASCHKA and ADRIANA PASCHKA.

2. The Defendant is GREEN TREE SERVICING, LLC.

**B. Factual Background**

1. On November 14, 2011, Plaintiffs' filed a petition for relief under Chapter 13 of the U.S. Bankruptcy Code.

2. The Plaintiffs own the real estate commonly known as 7842 W. 83rd Street,

Bridgeview, Illinois 60455.

3. JPMORGAN CHASE BANK N.A. holds a first mortgage lien on the real property commonly known as 7842 W. 83rd Street, Bridgeview, Illinois 60455, with a secured claim of approximately $190,744.76, pursuant to JPMORGAN CHASE BANK N.A.'s proof of claim filed on February 24, 2012.

4. Defendant, GREEN TREE SERVICING, LLC. holds a second mortgage lien on the real property commonly known as 7842 W. 83rd Street, Bridgeview, Illinois 60455, ("the real estate") with a secured claim of approximately $53,670.34 pursuant to Defendant's proof of claim filed on November 28, 2011.

5. In said proof of claim, Defendant allege the value of the aforesaid real estate to be $53,670.34.

6. The first secured claim of Chase Home Finance, LLC in the amount of $190,744.76 exhausts the value and equity in the aforesaid real estate.

7. There is no value and equity to support the claim of the Defendant.

8. On March 2, 2012, Plaintiffs issued a summons and complaint pursuant to 11 U.S.C. 506(a) and Bankruptcy Rule 3012 to determine the validity of Defendant's lien on Plaintiffs' real estate, commonly known as 7842 W. 83rd Street, Bridgeview, Illinois 60455.

9. On March 2, 2012, a copy of the summons and complaint was served in accordance with the Federal Rules of the Bankruptcy Procedure by certified U.S. Mail, postage prepaid upon the Keith Anderson, President of Green Tree Servicing, LLC.

10. The summons indicated that a motion or answer was required within 30 days of issuance; to date, no responsive pleading has been filed.

11. No evidence has been presented to challenge the value of the real estate, or the

validity of the secured claim that holds priority over the second mortgage lien.

ENTER:

United States Bankruptcy Court Judge

5/1/12

Prepared by counsel of Plaintiffs:

Christine R. Piesiecki
9800 S. Roberts Road, Suite 205
Palos Hills, IL  60465
(708) 233-6833